IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO:

**MICHAEL D. FINN,**
an individual

    Plaintiff,

vs.

**COLLECTO, INC.,**
a foreign for-profit corporation, and
**US ASSET MANAGEMENT, INC.,**
a foreign for-profit corporation

    Defendants.

_____/

## ANSWER AND AFFIRMATIVE DEFENSES

COMES NOW, Defendant, Collecto Inc., ("Collecto") and files this Answer and Affirmative Defenses to the Plaintiff's Complaint and states:

1. Denied.

2. Admitted for jurisdiction purposes only, as to all other allegations regarding venue, Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

3. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

4. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

5. Admitted that EOS is a foreign for-profit corporation existing under the laws of the state of Massachusetts; otherwise, Defendant is without sufficient knowledge

to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

6. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

7. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

8. Admitted.

9. Admitted.

10. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

11. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

12. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

13. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

14. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

15. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

16. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

17. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

18. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

19. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

20. Admitted that Exhibit "A1-A2" speaks for themselves, as to all other allegations contained herein, denied.

21. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

22. Admitted that Exhibit "B1-B2" speaks for themselves, as to all other allegations contained herein, denied.

23. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

24. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

25. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

26. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

27. Denied.

28. Denied.

29. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

30. Admitted that Fla. Stat. §559.77 states what it states, as to all other allegations contained herein, denied.

31. Admitted that US Code, Title 15, §1692k states what it states, as to all other allegations contained herein, denied.

32. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

## Count One

Defendant re-alleges and re-incorporates paragraphs 1 through 32 as if fully restated herein.

33. Denied.
34. Denied.
35. Denied.
36. Denied.
37. Denied.
38. Denied.
39. Denied.

## Count Two

Defendant re-alleges and re-incorporates paragraphs 1 through 32 as if fully restated herein.

40. Denied.
41. Denied.

      42.    Denied.

      43.    Denied.

      44.    Denied.

      45.    Denied.

      46.    Denied.

      47.    Denied.

### Count Three

Defendant re-alleges and re-incorporates paragraphs 1 through 32 as if fully restated herein.

      48.    Denied.

      49.    Denied.

      50.    Denied.

      51.    Denied.

      52.    Denied.

### Count Four

Defendant re-alleges and re-incorporates paragraphs 1 through 32 as if fully restated herein.

      53.    Denied.

      54.    Denied.

      55.    Denied.

      56.    Denied.

      57.    Denied.

## Count Five

Defendant re-alleges and re-incorporates paragraphs 1 through 32 as if fully restated herein.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. Denied.

## Count Six

Defendant re-alleges and re-incorporates paragraphs 1 through 32 as if fully restated herein.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Denied.

## Count Seven

Defendant re-alleges and re-incorporates paragraphs 1 through 32 as if fully restated herein.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

## FIRST AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law, is barred by the applicable statute of limitations.

## SECOND AFFIRMATIVE DEFENSE

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has suffered no damages as a result of any acts or omissions of Defendant.

## FOURTH AFFIRMATIVE DEFENSE

Defendant asserts, without admitting any liability whatsoever, that any violation of federal or state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

## DEMAND FOR A JURY TRIAL

The Defendant demands a trial by jury of all issues so triable.

WHEREFORE, Defendant respectfully requests an Order dismissing the case and awarding it attorneys' fees and costs.

Respectfully submitted by:

/s/ Dale T. Golden
/s/ Charles J. McHale
**GOLDEN SCAZ GAGAIN, PLLC**
Dale T. Golden, Esquire
FBN:  0094080
Charles J. McHale, Esquire
FBN:  0026555
201 North Armenia Avenue
Tampa, FL  33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dgolden@gsgfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
/s/ Charles J. McHale
Dale T. Golden, Esquire
Charles J. McHale, Esquire